**Electronically Filed
Supreme Court
SCOT-17-0000812
29-NOV-2018
03:36 PM**

SCOT-17-0000812

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

IN THE MATTER OF CONTESTED CASE HEARING RE
CONSERVATION DISTRICT USE APPLICATION (CDUA) HA-3568
FOR THE THIRTY METER TELESCOPE AT THE MAUNA KEA SCIENCE
RESERVE, KA‘OHE MAUKA, HĀMĀKUA, HAWAI‘I, TMK (3)404015:009

_____

APPEAL FROM THE BOARD OF LAND AND NATURAL RESOURCES
(BLNR-CC-16-002 (Agency Appeal))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Pollack, JJ.,
and Circuit Judge Castagnetti,
in place of Nakayama, J., recused,
with Wilson, J., dissenting separately)

Upon consideration of Intervenor-Appellant Harry Fergerstrom's motion for reconsideration of this court's October 30, 2018 opinion, filed on November 19, 2018, and the record and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, November 29, 2018.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Jeannette H. Castagnetti

